PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
PH:(503) 490-6564
EMAIL: PC681@YAHOO.COM

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 09 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN                    2:22-cv-02047-APG-EJY

   Plaintiff.                     COMPLAINT AND DEMAND FOR JURY TRIAL

   Vs.

TAKO LLC, AHP REALTY

   Defendant.
_____/

COMES NOW Plaintiff Parnell Colvin, and is filing this complaint in federal court and is requsting that the federal court lets him litigat this claim in said jurisdiction in the interests of justice being served.

GENERAL ALLEGATION

The defendant has created a forged and fraudulent contract agreement and filed with the state courts the contract that was submitted with the intent to fool and trick state courts is not

Colvin contract by the defendants committing forgery under 18.U.SC. 471 and other violations further 18.U.S.C 472 and 473 under federal statutes. Title 18 section 471 of the United States Code defines this is a federal crime. Forgery is the production, copying, or imittation of documents or objects with the intentions of deceit. This is exactly the conduct the defendant committed in carrying there criminal acts. Colvin and Brown are victims of the alledged crimes committed by the defendants.

Tako LLC, had a partner in the scheme that it conspired with and that defendant is ( AHP Realty ) these two defendants plotted and conspired to create the fraudulent agreement contract , steal Ms. Brown identity then forge her personal information on the fraudulent document also changing the dates on Colvin original contract 18 U.S.C 371 the defendants meet the elements of federal conspiracy (1) a mutual agreement or understanding, (2) knowingly entered by the defendants, with (3) an intent to jointly commit a crime. Which Colvin strongly believes were committed by the defendants.

The defendants have also violated section 18 U.S.C. 1028 is a federal statue that reads taking another persons identity for fraud , false statements, or misrepresentations this is the conduct of the defendants. Colvin has brought his claim to federal court as the state courts knows this document is forged and fraudulent they have looked the other way and have chosen not to uphold the rule of law. Because of this Colvin believes his rights to a fair and just court proceedings and his constitutional rights to contest the fraudulent document and get any response from the state courts on this matter has been ignored

The states courts have simply ignored the contract filed by the defendants is a fraudulent document because if the states courts address it has to be on the record and ultimately\ the state court would have to dismiss the case. The issue Colvin has is that the state courts want address the fraudulent contract and this is a denial of Due Procees Colvin has the federal right to a fair due process and here his rights have been violated.

Colvin Fourteenth Admendment, Section 1: rights have been violated all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state statewherein they reside. No state shall make or enforce any law which shall abridge the privlieges or immuities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of the law; nor deny to any person within its jurisdiction the equal protection of laws. This is exactly what Colvin has been dealing with and the reason for bringing this cause of action to the federal court to obtain due process of the law.

Colvin also believes his Fifth Amendment to the United States Constitution have also been violated. In 1791 as part of the Bill of Rights was ratified , along with nine other aspects of the Constitution. The Fifht Admendment applies to every level level of the goverment, including the federal, state and local levels, in regards to a u.s citizen or resident of the US. The United States Supreme Court furthered the protections of this admendment through the Due Process Clause of the Fourthteenth Admendment. Colvin believes in the interests of fairness and due process he had no choice but to file his claim in ferdal court to protect his rights.

WHEREFORE, Plaintiff Colvin prays for judgement of this court as follows

1. General damages to be proven at trial.

2. Special damages to be proven at trial.

3. Any other relief the court deems appropriate by the defendants conduct.

Dated this December 9, 2022

*/s/ Parnell Colvin*

PARNELL COLVIN