Generated: Dec 9, 2022 1:09PM

# U.S. District Cou  2:22-cv-02047-APG-EJY

## Nevada None - Las Vegas

Receipt Date: Dec 9, 2022 1:09PM

Parnell Colvin

Rcpt. No: 200001657                Trans. Date: Dec 9, 2022 1:09PM                Cashier ID: #HM

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CA | Cash | $402.00 |

Total Due Prior to Payment: $402.00

Total Tendered: $402.00

Total Cash Received: $402.00

Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.