UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

2:22-cv-02047-APG-EJY

TAKO LLC, a Nevada Liability Liabitity Company,

              Plaintiff.

Case No: 21E014316
Dept No: LVJC CILVIL

Vs.

Case No: A-22-860164-C
Dept No: 9

PARENELL COLVIN, an Individual,

              Defendant

_____/

NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW, THE defendant Parnell Colvin in the above styled cases, and filis this notice of removal pursuant to 28. U.S.C. 1441, 1446 and other statues being violated by the plaintiff and respectfully states the following:

1. The cases of ( Tako llc vs. Parnell Colvin ) are filed and pending in the state courts District Courts of Clark County Nevada with the docket numbers ( 21E014316 ) and ( A-22-860164-C ).

////////

////////

(1)

2. Tako LLC, has commited numerous federal crimes including and not limited to creating a fraudulent lease contract where the plaintiff did steal the identity of innocent person who now is the victim of identity theft. By forging a victim name and personal contact number on a fraudulent contract and filed that illgally fraudulent contract to the court. The contract filed and submitted by the plaintiff is not even Colvin agreement contract howerver the state courts knows this is not Colvin contract agreement it wants to proceed like the illegal contract is authentic and Colvins contract and it is not. Not to mention the lease dates were also intentionally changed and altered.

3. Colvin contends that that the plaintiff has vilolated certain rights provided by the United States Constitution and the Due Process guranteed by the Fourtteenth and Fifth Amendments of the United States Constitution.

4. Additionally, there is supplemental jurisdiction regarding other claims in this action pursuant to 28 U.S.C. 1367. Colvin request the court find this jurisdiction and apply it to his cause of action as the states courts have no interests in addressing the illegal fraudulent and forged contract agreement the state courts have decided to look the other way and violate Colvin rights incuding Due Process of the law including his federal rights.

5. Venue properly rests in the United States District Court Distric of Nevada as case is being removed from the state courts of Nevada County of Clark.

/////////

/////////

6. Defendant Parnell Colvin is exercising his United States Constitutional right to remove said cases of action to the United States District Court District of Nevada.

Dated this 9th day of December 2022

*/s/ Parnell Colvin*
Parnell Colvin