P. STERLING KERR, ESQ.
Nevada Bar No. 3978
TAYLOR L. SIMPSON, ESQ.
Nevada Bar No. 13956
KERR SIMPSON ATTORNEYS AT LAW
2900 Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: taylor@kerrsimpsonlaw.com
*Attorneys for Defendant Tako LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAKO, LLC,<br><br>             Plaintiff,<br>vs.<br><br>PARNELL COLVIN,<br><br>             Defendant. | Case No.: 2:22-cv-02047-APG-EJY<br><br>**SUPPLEMENT TO DEFENDANT TAKO LLC'S EMERGENCY MOTION TO REMAND** |

COMES NOW, Plaintiff TAKO LLC (hereinafter "Tako" or "Defendant"), by and through its counsel, TAYLOR SIMPSON, ESQ. of KERR SIMPSON ATTORNEYS AT LAW, and hereby respectfully submits this Supplement to its Emergency Motion to Remand.

/ / /

/ / /

Page **1** of **3**

On December 12, 2022, shortly after the filing of the Emergency Motion to Remand, the Honorable Judge Silva filed an Order Declaring Plaintiff a Vexatious Litigant and Imposing a Pre-Filing Injunction in case No. 2:22-cv-01928-CDS-NJK (Docket No. 13). A copy of said Order is attached hereto as **Exhibit 8**.

DATED this 12th day of December 2022.

    KERR SIMPSON ATTORNEYS AT LAW

    /s/ Taylor Simpson, Esq.
    P. STERLING KERR, ESQ.
    Nevada Bar No. 3978
    TAYLOR SIMPSON, ESQ.
    Nevada Bar No. 13956
    2900 Horizon Ridge Parkway, Suite 200
    Henderson, Nevada 89052
    Telephone No. (702) 451-2055
    Facsimile No. (702) 451-2077
    Email: sterling@kerrsimpsonlaw.com
    Email: taylor@kerrsimpsonlaw.com
    *Attorneys for Tako, LLC*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Kerr Simpson Attorneys at Law, and the on the 12th day of December 2022, a true and correct copy of the foregoing **SUPPLEMENT TO DEFENDANT TAKO LLC'S EMERGENCY MOTION TO REMAND** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all parties of record registered to receive CM/ECF notification and via first class United States mail.

Parnell Colvin
6681 Tara Ave.
Las Vegas, NV 89146
Pc681@yahoo.com
*Defendant, Pro Se*

/s/ Lisa Peters
An employee KERR SIMPSON ATTORNEYS AT LAW